IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 7:06-CR-108-1BO

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| DEMETRIUS TERRY MEARES ) | |

It has come to the Court's attention that defendant, Mr. Meares, in June 2010 requested an extension of time within which to file a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255. [DE 76]. No document has been filed in this matter since the filing of Mr. Meares' motion for extension of time.

As the Court is unaware whether Mr. Meares still intends to file a § 2255 motion, Mr. Meares shall be permitted through and including February 15, 2016, to notify the Court as to whether he intends to file such motion. Should Mr. Meares fail to respond to this order or notify the Court that he does not intend to file a § 2255 motion, the motion for extension of time will be denied as moot. Should Mr. Meares confirm his intention to file a § 2255 motion, the Court shall consider his request for an extension of time.

SO ORDERED, this 27 day of January, 2016.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE